IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIKHAIL CALLOWAY | CRIMINAL ACTION<br>NO. 12-00540 & 12-00358 |

### ORDER

**AND NOW**, this 18th day of December 2020, upon consideration of Mikhail Calloway's *pro se* Motion for Release (ECF No. 21), his Supplemental Motion for Release (ECF Nos. 26 and 36) and the Government's Response (ECF Nos. 29 and 39) and associated exhibit (ECF Nos. 30 and 40), it is **ORDERED** that the Motions are **DENIED**.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1